**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Angelo WILLIAMS, Defendant–**
**Appellant.**

**No. 15–6491.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 20, 2015.

Decided: Aug. 24, 2015.

---

Angelo Williams, Appellant Pro Se. Joseph Kosky, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angelo Williams appeals the district court's orders denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012) and motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *United States v. Williams*, No. 2:05–cr–00066–RBS–JEB–1 (E.D. Va. Mar. 11, 2015; Mar. 25, 2015). *See United States v. Goodwyn*, 596 F.3d 233, 235–36 (4th Cir. 2010) (holding that district court does not have authority to reconsider prior order on § 3582(c)(2) motion). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*